UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JUAN MELENDEZ, | : | **Hon. Jerome B. Simandle** |
| Petitioner, | : | Civil Action No. 09-3266 (JBS) |
| v. | : | **ORDER** |
| J. GRONDOLSKY, | : |  |
| Respondent. | : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **13th** day of **October**, **2009**,

ORDERED that, within 20 days of the date of the entry of this Order, Petitioner shall either pay the $5.00 filing fee or submit an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>; and it is further

ORDERED that the Petition is DISMISSED without prejudice; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

 **s/ Jerome B. Simandle**
 JEROME B. SIMANDLE, U.S.D.J.